IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERRI POMROY, Administratrix of the Estate of John Butler,<br>*Plaintiff,*<br><br>v.<br><br>CITY OF PHILADELPHIA et al,<br>*Defendants.* | Case No. 24-cv-1416 |

## ORDER

**AND NOW**, this 20th day of November, 2025, upon consideration of Plaintiff's Uncontested Motion to Approve the Settlement and Distribution of Wrongful Death and Survival Actions (ECF No. 43), and for the reasons discussed on the record during the hearing, it is hereby ordered that the motion is **GRANTED**, and settlement is authorized in the gross sum of One Hundred and Seventy Five Thousand Dollars ($175,000), to be paid by Defendant City of Philadelphia. Defendant City of Philadelphia shall make all settlement drafts, checks, or electronic transfers payable to Plaintiff's counsel for deposit in counsel's IOLTA for proper distribution.

**IT IS FURTHER ORDERED** that the settlement proceeds shall be distributed as follows:

| | |
|---|---|
| To Weir LLP (Reimbursement of Expenses): | $21,277.59 |
| To Weir LLP (Fees): | $51,240.00 |
| To the Estate of John Butler, Deceased (Survival Action) | |
|     Payable to Sherri Pomroy (Reimbursement of Funeral Expenses): | $7,995.00 |
|     Sherri Pomroy as Administratrix: | $2,005.00 |
| To Sherri Pomroy (Wrongful Death Beneficiary): | $52,482.41 |
| To J.B., a minor (Wrongful Death Beneficiary), in a restricted account: | $20,000.00 |

To Dylan Pomroy (Wrongful Death Beneficiary)

    in a Pennsylvania ABLE account for Dylan Pomroy: $19,000.00

    directly to Dylan Pomroy: $1,000.00

As to J.B., the minor Wrongful Death Beneficiary, counsel for Plaintiff is hereby authorized to execute all documentation necessary to open a savings account or purchase savings certificate(s), from federally insured banks or savings institutions, in the sum of $20,000.00, not to exceed the insured amount, with funds payable to J.B. upon majority. The certificate/savings account shall be titled and restricted as follows:

> J.B., a minor, not to be withdrawn before the minor attains majority, except for the payment of city, state and federal income taxes on the interest earned by the savings certificate or savings account, or upon prior Order of Court.

Counsel shall file a declaration with the Clerk of Court certifying compliance with this Order within sixty (60) days of receipt of the settlement funds from Defendant City of Philadelphia.

                                                    **BY THE COURT:**

                                               MARY KAY COSTELLO
                                               United States District Judge